# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SUSAN BICKFORD, | ) |
| | ) |
|       **Plaintiff** | ) |
| v. | )  Civil No.   05-236-P-S |
| | ) |
| SOCIAL SECURITY ADMINISTRATION | ) |
| COMMISSIONER, | ) |
| | ) |
|       **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 11) filed September 29, 2006, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that the Decision of the Commissioner (Docket No. 8) is VACATED and the case is REMANDED for proceedings not inconsistent herewith.

                                              /s/ George Z. Singal
                                          Chief United States District Judge

Dated this 20th day of October, 2006.